[No. 18861. Department Two. May 18, 1925.]

THE STATE OF WASHINGTON, *Appellant*, v. ANNA B. WILLIAMS, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Griffiths, J., entered August 13, 1924, upon sustaining a demurrer to the information, dismissing a prosecution for grand larceny. Reversed.

*Malcolm Douglas* and *Robert S. Macfarlane*, for appellant.
*John F. Dore*, for respondent.

PER CURIAM.—This cause having been submitted on the same brief offered in *State v. Williams*, 133 Wash. 121, 233 Pac. 285, the question in the two cases being the same, the judgment in the lower court sustaining a demurrer to the information is hereby reversed and the action remitted to the superior court.

[1]Reported in 235 Pac. 1119.